IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER L. WILBOURN, SR.                                          PLAINTIFF
ADC #657227

v.                                      3:15-cv-260-DPM

CRITTENDEN COUNTY DETENTION CENTER                      DEFENDANT

ORDER

Wilbourn hasn't paid the filing fee or filed a complete *in forma pauperis* application; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

 7 October 2015