IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER L. WILBOURN, SR.                    PLAINTIFF
ADC #657227

v.                      3:15-cv-260-DPM

CRITTENDEN COUNTY DETENTION CENTER            DEFENDANT

JUDGMENT

Wilbourn's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

  7 October 2015